Harry E. Skinner, trading as Harry E. Skinner Company, appellee, v. Frank Husar, trading as Illinois Surgical Supply Company, appellant. Gen. No. 35,920.

Opinion filed July 13, 1932.
Nathan Shefner, for appellant. No appearance for appellee.
Mr. Justice Matchett delivered the opinion of the court.